UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.B. & H.B., on behalf of B.B., <br><br> Plaintiff, <br> v. <br><br> LAKE WASHINGTON SCHOOL DISTRICT, <br><br> Defendant. | No. C12-1598RSL <br><br> ORDER OF DISMISSAL |

On April 12, 2013, plaintiffs notified the Court that the above-captioned action has settled and requested dismissal. Although defendant did not join in the request for dismissal, no opposition has been filed. This case is hereby DISMISSED

Dated this 23rd day of April, 2013.

*MW S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL